UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                              Case No. 8:9-CR-110-T-27AEP

EDUARDO IZQUIERDO-MARQUES
a/k/a "PAPA"
                    Defendant.
_____/

MIRTA HERNANDEZ-MACHADO

                 Third-Party Claimant
_____/

## ORDER

   **BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that the Court's Preliminary Order of Forfeiture (Dkt. 112) be CONFIRMED (Dkt. 209). Neither party has filed objections to the Report and Recommendation.

   After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.  Accordingly, it is **ORDERED AND ADJUDGED**:

   1)     The Report and Recommendation (Dkt. 209) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

   2)     The Court's Preliminary Order of Forfeiture (Dkt. 112) is **CONFIRMED**.

   3)     Within ten (10) days of the date of this Order, the Government is directed to submit a Final Order of Forfeiture consistent with the Report and Recommendation.

   **DONE AND ORDERED** in Tampa, Florida, on this 9th day of March, 2011.

                              JAMES D. WHITTEMORE
                              United States District Judge

Copies to:
Counsel of record
Third Party Claimant